

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00519-CV

**IN RE STATE FARM FIRE & CAS.CO.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                      Karen Angelini, Justice
                      Luz Elena D. Chapa, Justice

The real party in interest, Ronald Mensch, has filed a motion for extension of time to file a response to the petition for a writ of mandamus. We **grant** the motion. We **order** the response due **August 21, 2014**.

It is so **ORDERED** on August 13th, 2014               PER CURIAM

ATTESTED TO: _____
                      Keith E. Hottle
                      Clerk of Court



---

[1] This proceeding arises out of Cause No. 2010-CI-02326, styled *Ronald Mensch v. State Farm Fire & Casualty Company and Texas Department of Insurance - Division of Workers' Compensation*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.